IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAURENCE R. GOODEN, | ) | 8:08CV55 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| UNKNOWN SAMPSON, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own Motion. On November 12, 2008, the court granted Plaintiff's Motion for Leave to File Amended Complaint (filing no. 19) and permitted Plaintiff until January 14, 2009 to serve the newly-added Defendants. (Filing No. 32.) The court warned Plaintiff that "failure to obtain service of process on a defendant by January 14, 2009 may result in dismissal of this matter without further notice as to such defendant." (*Id.* at CM/ECF p. 3.) Plaintiff has not returned any summons forms and therefore failed to complete service of process on Defendants Bell and Newton.

IT IS THEREFORE ORDERED that:

1.  Plaintiff's claims against Defendants Monika Bell and Jeffrey L. Newton are dismissed without prejudice.

2.  A separate progression order will be entered progressing this case to final disposition.

March 23, 2009.                              BY THE COURT:

                                             s/ Joseph F. Bataillon
                                             Chief United States District Judge